NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-1311


FABIAN PATIN AND ASSOCIATES, ARCHITECTS, APLC

VERSUS

THE LAW FIRM OF FLOURNOY, DOGGETT & LOSAVIO, APLC


\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20021025
HONORABLE J. BYRON HEBERT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

JOHN D. SAUNDERS
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Oswald A. Decuir, and Billy Howard Ezell, Judges.

**AFFIRMED.**


George Arthur Flournoy
Flournoy, Doggett & Losavio
P. O. Box 1270
Alexandria, LA 71309-1270
(318) 487-9858
Counsel for Defendant/Appellee:
Flournoy, Doggett & Losavio, APLC

**John Ashby Hernandez, III**
**Attorney at Law**
**321 W. Main, Suite 2-G**
**Lafayette, LA 70501**
**(337) 233-5330**
**Counsel for Plaintiff/Appellant:**
**Fabian Patin and Associates, APLC**